UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA CARROLL,<br><br>Plaintiff,<br><br>v.<br><br>BMW BANK OF N. AMERICA, et al.,<br><br>Defendant. | Case No.: 19cv329-LAB (JLB)<br><br>**ORDER OF DISMISSAL** |

After the Court issued an order to show cause why this action should not be dismissed for improper venue, Plaintiff voluntarily dismissed the action without prejudice. No Defendant has answered or otherwise appeared. The order to show cause is **DISCHARGED**, and this action is **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 41(a). The Clerk is directed to close the docket.

   **IT IS SO ORDERED**.

Dated: February 27, 2019

_Larry A. Burns_

Hon. Larry Alan Burns
Chief United States District Judge